UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:24-CV-11773-LTS

DEBORAH COTTER, Administrator
Of the PAINTERS AND ALLIED
TRADES DISTRICT COUNSEL NO. 35
TRUST FUNDS,
        Plaintiff

v.

BONNIE WATMAN, et al.,
        Defendants

## REQUEST FOR DEFAULT UNDER RULE 55(a)

I, Michael B. Feinman, attorney for the Defendant/Plaintiff in Crossclaim, Bonnie Watman, state that the Crossclaim in this action was served on the Defendants in Crossclaim, Kyle Watman, Shane Watman and Jeanne Watman on July 29, 2024, and the Defendants have failed to serve a responsive pleading or otherwise defend as provided by rule.  The Defendants in Crossclaim are in default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, I request that a default be entered against the Defendants in Crossclaim, Kyle Watman, Shane Watman and Jeanne Watman in this action.

                                                Respectfully submitted,
                                                Bonnie Watman
                                                By her attorney,

Dated: August 21, 2024                        /s/ Michael B. Feinman
                                                _____
                                                Michael B. Feinman
                                                BBO#545935
                                                Feinman Law Offices
                                                69 Park Street
                                                Andover, MA  01810
                                                (978) 475-0080
                                                Email: mbf@feinmanlaw.com

## **CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served the foregoing pleading, by electronic mail and mailing a true and accurate copy, via first class mail and postage prepaid, to the following parties in interest:

Melissa A. Brennan, Esq.
Email: mab@fdb-law.com

Christos J. Valhouli, Esq.
Email: christos@valhoulilaw.com

Kyle Watman
80 Powwow Street
Amesbury, MA 01913

Shane Watman
80 Powwow Street
Amesbury, Ma 01913

Jeanne Watman
80 Powwow Street
Amesbury, MA 01913

Dated:  August 21, 2024                /s/ Michael B. Feinman
                                       Michael B. Feinman