UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:24-CV-11773-LTS

**DEBORAH COTTER, Administrator
Of the PAINTERS AND ALLIED
TRADES DISTRICT COUNSEL NO. 35
TRUST FUNDS,**
          **Plaintiff**

v.

**BONNIE WATMAN, et al.,**

      **Defendants**

## REQUEST FOR DEFAULT UNDER RULE 55(a)

    I, Michael B. Feinman, attorney for the Defendant, Bonnie Watman, state that the Plaintiff's Complaint in this action was served on the Defendant, Kyle Watman on July 30, 2024, and the Defendant has failed to serve a responsive pleading or otherwise defend as provided by rule. The Defendant, Kyle Watman, is in default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, I request that a default be entered against the Defendant, Kyle Watman for failure to respond to the Plaintiff's Complaint in this action.

                                                               Respectfully submitted,
                                                               Bonnie Watman
                                                               By her attorney,

Dated: August 21, 2024                     /s/ Michael B. Feinman
                                                   _____
                                                   Michael B. Feinman
                                                   BBO#545935
                                                   Feinman Law Offices
                                                   69 Park Street
                                                   Andover, MA  01810
                                                   (978) 475-0080
                                                   Email: mbf@feinmanlaw.com

## **CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served the foregoing pleading, by electronic mail and mailing a true and accurate copy, via first class mail and postage prepaid, to the following parties in interest:

Melissa A. Brennan, Esq.
Email: mab@fdb-law.com

Christos J. Valhouli, Esq.
Email: christos@valhoulilaw.com

Kyle Watman
80 Powwow Street
Amesbury, MA 01913

Shane Watman
80 Powwow Street
Amesbury, Ma 01913

Jeanne Watman
80 Powwow Street
Amesbury, MA 01913

Dated: August 21, 2024                            /s/ Michael B. Feinman
                                                    Michael B. Feinman